Matthew B. Lehr (Bar No. 213139)
Jill Zimmerman (Bar No. 230338)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Defendant and
Counterclaimant Entellus Medical, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ACCLARENT, INC., | Case No.: CV10-03311-EMC |
|---|---|
| Plaintiff(s), | |
| v. | **STIPULATION PURSUANT TO CIV. L.R. 6-1(a) TO ENLARGE TIME FOR DEFENDANT ENTELLUS TO RESPOND TO PLAINTIFF ACCLARENT'S COMPLAINT**  ; ORDER |
| ENTELLUS MEDICAL, INC., | |
| Defendant(s). | |

1    WHEREAS, Plaintiff Acclarent, Inc. ("Acclarent") filed its Complaint against Defendant Entellus Medical, Inc. ("Entellus") in the above-captioned action on July 28, 2010;

    WHEREAS, Entellus was served with the Complaint on November 19, 2010, and Entellus' answer or other response to the Complaint is currently due on December 10, 2010;

    WHEREAS, Entellus and Acclarent have agreed to enlarge the time for Entellus to answer or otherwise respond to the Complaint until Monday, December 27, 2010;

    WHEREAS, the agreed extension will not alter the date of any event or deadline already fixed by Court order;

    NOW THEREFORE, pursuant to Civ. L.R. 6-1(a), it is hereby stipulated and agreed by the respective parties by and through their counsel of record that the time for Entellus to answer or otherwise respond to Acclarent's Complaint is extended until Monday, December 27, 2010.

Dated:   December 10, 2010              Respectfully Submitted,

                                        ATTORNEYS FOR PLAINTIFF ENTELLUS MEDICAL, INC.


                                        By:   /s/ Jill Zimmerman
                                              Matthew B. Lehr (Bar No. 213139)
                                              Jill Zimmerman (Bar No. 230338)
                                              DAVIS POLK & WARDWELL LLP
                                              1600 El Camino Real
                                              Menlo Park, California  94025
                                              Telephone: (650) 752-2000
                                              Facsimile:  (650) 752-2111
                                              mlehr@davispolk.com
                                              jzimmerman@davispolk.com


   IT IS SO ORDERED:


   _____
   Edward M. Chen
   U.S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

STIPULATION TO ENLARGE TIME FOR DEFENDANT ENTELLUS TO RESPOND TO PLAINTIFF ACCLARENT'S COMPLAINT, CIVIL ACTION NO. CV10-03311-EMC

1
2       ATTORNEYS FOR ACCLARENT, INC.
3
4       By:   /s/ Roberta Vespremi
              Richard Goetz (Bar No. 115666)
5             O'MELVENY & MYERS LLP
              400 South Hope Street
6             Los Angeles, CA 90071
              Telephone: (213) 430-6000
7             Facsimile:  (213) 430-6407
              rgoetz@omm.com
8
              Roberta Vespremi (Bar No. 225067)
9             O'MELVENY & MYERS LLP
              2765 Sand Hill Road
10            Menlo Park, CA 94025
              Telephone: (650) 473-2600
11            Facsimile:  (650) 473-2601
              rvespremi@omm.com
12
13
        I hereby attest that I have on file written permission to sign this stipulation from all parties
14
whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.
15
16
                                           /s/ Jill Zimmerman
17                                          Jill Zimmerman
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION TO ENLARGE TIME FOR DEFENDANT ENTELLUS TO RESPOND TO PLAINTIFF ACCLARENT'S COMPLAINT,
CIVIL ACTION NO. CV10-03311-EMC