1  RICHARD GOETZ (S.B. #115666)
   O'MELVENY & MYERS LLP
2  400 South Hope Street
   Los Angeles, CA  90071-2899
3  Telephone:     (213) 430-6000
   Facsimile:     (213) 430-6407
4  E-Mail:        rgoetz@omm.com

5  ROBERTA VESPREMI (S.B. #225067)
   O'MELVENY & MYERS LLP
6  2765 Sand Hill Road
   Menlo Park, CA  94025
7  Telephone:     (650) 473-2600
   Facsimile:     (650) 473-2601
8  E-Mail:        rvespremi@omm.com

9  Attorneys for Plaintiff
   ACCLARENT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>ENTELLUS MEDICAL, INC.,<br><br>              Defendant. | Case No.  C-10-003311 EMC<br><br>**STIPULATION AND (PROPOSED) ORDER EXTENDING TIME FOR DEFENDANT ENTELLUS TO RESPOND TO COMPLAINT AND CHANGING TIMES SET FORTH IN NOVEMBER 19, 2010 ORDER GRANTING PLAINTIFF'S REQUEST FOR RELIEF FROM ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>**(U.S.D.C. Local Civil Rule 6-2(a))** |

1      WHEREAS, on July 28, 2010, plaintiff Acclarent, Inc. filed a complaint against defendant
2  Entellus Medical, Inc. in this Court ("Complaint");

3      WHEREAS, on November 19, 2010, the Complaint was served on defendant Entellus
4  Medical, Inc.;

5      WHEREAS, the parties have been engaged in ongoing good faith settlement
6  discussions in an attempt to resolve their differences without intervention from the Court;

7      WHEREAS, Acclarent has requested two previous extensions of the dates set forth in the
8  Court's July 28, 2010 Order Setting Initial Case Management Conference and ADR Deadlines
9  ("Order").  The last extension was granted on November 19, 2010 ("November 19, 2010 Order");

10     WHEREAS, the parties stipulated to an enlargement of time for Entellus to respond to the
11 Complaint to December 17, 2010, pursuant to L.R. 6-1(a), which was filed with this Court on
12 December 10, 2010 ("December 10, 2010 Stipulation").

13     THEREFORE, in light of the parties' ongoing settlement efforts and pursuant to L.R. 6-
14 2(a), the parties through their counsel hereby stipulate and agree that the dates set forth in the
15 November 19, 2010 Order and December 10, 2010 Stipulation be continued by 30 days to allow
16 the parties to continue their settlement discussions as follows:

17     1.   The parties shall meet and confer re: initial disclosures, early settlement, ADR
18 process selection, and discovery plan; file an ADR Certification signed by parties and counsel;
19 and file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or
20 before January 24, 2011;

21     2.   The parties shall file a Rule 26(f) Report, complete initial disclosures or state
22 objection in the Rule 26(f) Report and file a Case Management Statement on or before February
23 16, 2011;

24     3.   The Initial Case Management Conference shall be continued to February 23, 2011
25 at 1:30 p.m.; and

1  4.  Entellus shall file a response to the Complaint on or before January 17, 2011.

IT IS SO STIPULATED.

| Dated: December 21, 2010 | O'MELVENY & MYERS LLP |
|---|---|
| | |
| | By: /s/ Roberta H. Vespremi |
| | Roberta H. Vespremi |
| | |
| | 2765 Sand Hill Road |
| | Menlo Park, California 94025 |
| | Telephone: (650) 473-2600 |
| | Facsimile: (650) 473-2601 |
| | E-Mail: rvespremi@omm.com |
| | |
| | RICHARD B. GOETZ |
| | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| | Los Angeles, California 90071 |
| | Telephone: (213) 430-6000 |
| | Facsimile: (213) 430-6407 |
| | E-Mail: rgoetz@omm.com |
| | |
| | Attorneys for Plaintiff |
| | ACCLARENT, INC. |
| | |
| Dated: December 21, 2010 | DAVIS POLK & WARDWELL LLP |
| | |
| | By: /s/ Jill Zimmerman |
| | Jill Zimmerman |
| | |
| | Matthew B. Lehr (Bar No. 213139) |
| | Jill Zimmerman (Bar No. 230338) |
| | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| | Telephone: (650) 752-2000 |
| | Facsimile: (650) 752-2111 |
| | mlehr@davispolk.com |
| | jzimmerman@davispolk.com |
| | |
| | Attorneys for Defendant |
| | ENTELLUS MEDICAL, INC. |

1   I hereby attest that I have on file written permission to sign this stipulation from all parties
2   whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

                                        /s/ Roberta H. Vespremi
                                        Roberta H. Vespremi


### (PROPOSED) ORDER

It is hereby ORDERED that all dates are continued 30 days:

   1.   The parties shall meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file an ADR Certification signed by parties and counsel; and file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or before January 24, 2011;

   2.   The parties shall file a Rule 26(f) Report, complete initial disclosures or state objection in the Rule 26(f) Report and file a Case Management Statement on or before February 16, 2011;

   3.   The Initial Case Management Conference shall be continued to February 23, 2011 at 1:30 p.m.; and

   4.   Entellus shall file a response to the Complaint on or before January 17, 2011.

IT IS SO ORDERED.

        DATED:  12/22/10

IT IS SO ORDERED
Judge Edward M. Chen