Matthew B. Lehr (Bar No. 213139)
Michael R. Petrocelli (Bar No. 269460)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Defendant Entellus Medical, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCLARENT, INC., | Case No.: CV10-03311-EMC |
| Plaintiff(s), | **STIPULATION AND (PROPOSED) ORDER EXTENDING TIME FOR DEFENDANT ENTELLUS TO RESPOND TO COMPLAINT AND CHANGING DATES SET FORTH IN DECEMBER 22, 2010 SCHEDULING ORDER PURSUANT TO CIV. L.R. 6-2(a)** |
| v. | |
| ENTELLUS MEDICAL, INC., | |
| Defendant(s). | |

1  WHEREAS, Plaintiff Acclarent, Inc. ("Acclarent") filed its Complaint against Defendant
2  Entellus Medical, Inc. ("Entellus") in the above-captioned action on July 28, 2010;
3  WHEREAS, Entellus was served with the Complaint on November 19, 2010;
4  WHEREAS, Acclarent has requested two previous extensions of the dates set forth in the
5  Court's July 28, 2010 Order Setting Initial Case Management Conference and ADR Deadlines
6  ("Order"), and the parties stipulated to one further previous extension, the last extension having
7  been granted on December 22, 2010 ("December 22, 2010 Order");
8  WHEREAS, the December 22, 2010 order provided for an enlargement of time for Entellus
9  to respond to the Complaint to January 17, 2011;
10  THEREFORE, in light of the parties' ongoing settlement efforts and pursuant to L.R. 6-
11  2(a), the parties through their counsel hereby stipulate and agree that the dates set forth in the
12  December 22, 2010 order be continued by 10 days to allow the parties to continue their settlement
13  discussions as follows:
14  1.  The parties shall meet and confer re: initial disclosures, early settlement, ADR
15  process selection, and discovery plan; file an ADR Certification signed by parties and counsel; and
16  file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or before
17  February 3, 2011;
18  2.  The parties shall file a Rule 26(f) Report, complete initial disclosures or state
19  objection in the Rule 26(f) Report and file a Case Management Statement on or before February 28,
20  2011;
21  3.  The Initial Case Management Conference shall be continued to March 7, 2011 at
22  1:30 p.m.; and
23  4.  Entellus shall file a response to the Complaint on or before January 27, 2011.

Dated:   January 14, 2010                    Respectfully Submitted,

ATTORNEYS FOR DEFENDANT ENTELLUS MEDICAL, INC.

By:   /s/ Michael R. Petrocelli
     Matthew B. Lehr (Bar No. 213139)
     Michael R. Petrocelli (Bar No. 269460)
     DAVIS POLK & WARDWELL LLP
     1600 El Camino Real
     Menlo Park, California  94025
     Telephone: (650) 752-2000
     Facsimile:  (650) 752-2111
     matthew.lehr@davispolk.com
     michael.petrocelli@davispolk.com


ATTORNEYS FOR PLAINTIFF ACCLARENT, INC.


By:   /s/ Roberta H. Vespremi
     Richard B. Goetz (Bar No. 115666)
     O'MELVENY & MYERS LLP
     400 South Hope Street
     Los Angeles, CA 90071
     Telephone: (213) 430-6000
     Facsimile:  (213) 430-6407
     rgoetz@omm.com

     Roberta H. Vespremi (Bar No. 225067)
     O'MELVENY & MYERS LLP
     2765 Sand Hill Road
     Menlo Park, CA 94025
     Telephone: (650) 473-2600
     Facsimile:  (650) 473-2601
     rvespremi@omm.com

    I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

     /s/ Michael R. Petrocelli
     Michael R. Petrocelli

**(~~PROPOSED~~ ORDER)**

It is hereby ORDERED that all dates are continued 30 days:

1. The parties shall meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file an ADR Certification signed by parties and counsel; and file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or before February 3, 2011;

2. The parties shall file a Rule 26(f) Report, complete initial disclosures or ~~state~~ objection in the Rule 26(f) Report and file a Case Management Statement on or before ~~February 28~~ March 2, 2011;

3. The Initial Case Management Conference shall be continued to March ~~7~~ 9, 2011 at 1:30 p.m.; and

4. Entellus shall file a response to the Complaint on or before January 27, 2011.

IT IS SO ORDERED.

DATED: 1/18/11



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
4

STIPULATION AND (PROPOSED) ORDER EXTENDING TIME FOR DEFENDANT ENTELLUS TO RESPOND TO COMPLAINT AND CHANGING DATES SET FORTH IN DECEMBER 22, 2010 SCHEDULING ORDER,
CIVIL ACTION NO. CV10-03311-EMC