Matthew B. Lehr (Bar No. 213139)
Michael R. Petrocelli (Bar No. 269460)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111

Attorneys for Defendant Entellus Medical, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC.,<br><br>                     Plaintiff(s),<br><br>           v.<br><br>ENTELLUS MEDICAL, INC.,<br><br>                     Defendant(s). | Case No.:  CV10-03311-JF<br><br>**STIPULATION AND (PROPOSED) ORDER EXTENDING TIME FOR DEFENDANT ENTELLUS TO RESPOND TO COMPLAINT AND CHANGING DATES SET FORTH IN JANUARY 18, 2011 SCHEDULING ORDER PURSUANT TO CIV. L.R. 6-2(a)** |

1

1       WHEREAS, Plaintiff Acclarent, Inc. ("Acclarent") filed its Complaint against Defendant
2  Entellus Medical, Inc. ("Entellus") in the above-captioned action on July 28, 2010;
3       WHEREAS, Entellus was served with the Complaint on November 19, 2010;
4       WHEREAS, Acclarent has requested two previous extensions of the dates set forth in the
5  Court's July 28, 2010 Order Setting Initial Case Management Conference and ADR Deadlines
6  ("Order"), and the parties stipulated to two further previous extensions, the last extension having
7  been granted on January 18, 2011 ("January 18, 2011 Order");
8       WHEREAS, the January 18, 2011 Order provided for an enlargement of time for Entellus to
9  respond to the Complaint to January 27, 2011;
10      WHEREAS, the above-captioned action was reassigned to Judge Fogel for all further
11 proceedings on January 21, 2011;
12      THEREFORE, in light of the parties' ongoing settlement efforts and pursuant to L.R. 6-
13 2(a), the parties through their counsel hereby stipulate and agree that the dates set forth in the
14 January 18, 2011 order be continued by 30 days to allow the parties to continue their settlement
15 discussions as follows:
16      1.   The parties shall meet and confer re: initial disclosures, early settlement, ADR
17 process selection, and discovery plan; file an ADR Certification signed by parties and counsel; and
18 file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or before
19 March 7, 2011;
20      2.   The parties shall file a Rule 26(f) Report, complete initial disclosures or state
21 objection in the Rule 26(f) Report and file a Case Management Statement on or before April 1,
22 2011;
23      3.   The Initial Case Management Conference shall be continued to April 8, 2011 at
24 10:30 a.m.; and
25      4.   Entellus shall file a response to the Complaint on or before February 28, 2011.

Dated:   January 26, 2011

Respectfully Submitted,

ATTORNEYS FOR DEFENDANT ENTELLUS MEDICAL, INC.

By:   /s/ Michael R. Petrocelli
    Matthew B. Lehr (Bar No. 213139)
    Michael R. Petrocelli (Bar No. 269460)
    DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
    Menlo Park, California  94025
    Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
    matthew.lehr@davispolk.com
    michael.petrocelli@davispolk.com


ATTORNEYS FOR PLAINTIFF ACCLARENT, INC.


By:   /s/ Roberta H. Vespremi
    Richard B. Goetz (Bar No. 115666)
    O'MELVENY & MYERS LLP
    400 South Hope Street
    Los Angeles, CA 90071
    Telephone: (213) 430-6000
    Facsimile:  (213) 430-6407
    rgoetz@omm.com

    Roberta H. Vespremi (Bar No. 225067)
    O'MELVENY & MYERS LLP
    2765 Sand Hill Road
    Menlo Park, CA 94025
    Telephone: (650) 473-2600
    Facsimile:  (650) 473-2601
    rvespremi@omm.com

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

       /s/ Michael R. Petrocelli
       Michael R. Petrocelli

**(PROPOSED ORDER)**

It is hereby ORDERED that all dates are continued 30 days:

    1.    The parties shall meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file an ADR Certification signed by parties and counsel; and file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or before March 7, 2011;

    2.    The parties shall file a Rule 26(f) Report, complete initial disclosures or state objection in the Rule 26(f) Report and file a Case Management Statement on or before April 1, 2011;

    3.    The Initial Case Management Conference shall be continued to April 8, 2011 at 10:30 a.m.; and

    4.    Entellus shall file a response to the Complaint on or before February 28, 2011.

IT IS SO ORDERED.

DATED: 1/31/11

                           JEREMY FOGEL
                           United States District Judge