1  RICHARD B. GOETZ (S.B. #115666)
   O'MELVENY & MYERS LLP
2  400 South Hope Street
   Los Angeles, CA  90071-2899
3  Telephone:    (213) 430-6000
   Facsimile:    (213) 430-6407
4  E-Mail:       rgoetz@omm.com

5  ROBERTA H. VESPREMI (S.B. #225067)
   O'MELVENY & MYERS LLP
6  2765 Sand Hill Road
   Menlo Park, CA  94025
7  Telephone:    (650) 473-2600
   Facsimile:    (650) 473-2601
8  E-Mail:       rvespremi@omm.com

9  Attorneys for Plaintiff
   ACCLARENT, INC.

10

11                  **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13                       **SAN JOSE DIVISION**

14

15  ACCLARENT, INC.,                    Case No.  C-10-003311 EMC

16                 Plaintiff,           **NOTICE OF DISMISSAL**

17        v.

18  ENTELLUS MEDICAL, INC.,

19                 Defendant.

20

21

22

23

24

25

26

27

28

1    NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil

2  Procedure, Plaintiff Acclarent, Inc. hereby dismisses with prejudice its complaint against

3  defendant Entellus Medical, Inc., Case Number C-10-003311 EMC.

4

5  Dated: February 17, 2011                     O'MELVENY & MYERS LLP

6

7                                  By:____/s/ Roberta H. Vespremi___ _____
                                           Roberta H. Vespremi

8
                                   2765 Sand Hill Road
9                                  Menlo Park, California 94025
                                   Telephone: (650) 473-2600
10                                 Facsimile: (650) 473-2601
                                   E-Mail: rvespremi@omm.com
11
                                   RICHARD B. GOETZ
12                                 O'MELVENY & MYERS LLP
                                   400 South Hope Street
13                                 Los Angeles, California 90071
                                   Telephone: (213) 430-6000
14                                 Facsimile: (213) 430-6407
                                   E-Mail: rgoetz@omm.com
15
                                   Attorneys for Plaintiff
16                                 ACCLARENT, INC.

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL